UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,                **ADMISSION TO PRACTICE**
                                                            **PRO HAC VICE**
       - against -

                                                            07-CV-4370 (NGG)

ZEV SALTSMAN, MENACHEM EITAN,
STEVEN NEWMAN, EDWARD NEWMAN,
ANDREW BROWN, MARTIN WEISBERG,

                Defendants.
----------------------------------------------------------------X

       The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, **Christopher B. Mead**, is permitted to argue or try this case in whole or in part as counsel or advocate for Steven Newman.

       An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

       This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.


SO ORDERED.

Dated: January 8, 2008                                    /s Nicholas G. Garaufis
       Brooklyn, New York                      NICHOLAS G. GARAUFIS
                                                       United States District Judge