

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET
NEW YORK, NY 10281-1022

WRITER'S DIRECT DIAL LINE
TODD D. BRODY
TELEPHONE: (212) 336-0080
FACSIMILE:  (212) 336-1324

March 20, 2015

*Via ECF*

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 1416 S
Brooklyn, New York 11201

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  **SEC v. Zev Saltsman, et al. 07 Civ. 4370 (NGG)(RML)**

Dear Judge Garaufis:

  By order dated February 11, 2008, the Court stayed discovery in the above-referenced action pending resolution of the criminal matter captioned *United States v. Zev Saltsman et. al,* 07-CR-641 (S-1) (NGG) and also stayed all defendants time to answer, move, or otherwise respond.  With the sentencing of Defendant Andy Brown, the criminal case has been resolved against all defendants with the exception of Defendant Menachem Eitan who is a fugitive and may never be criminally prosecuted.  The SEC, therefore, requests that the stay be lifted.  The SEC has conferred with the United States Attorney's Office for the Eastern District of New York ("USAO"), upon whose motion the stay was granted.  The USAO consents to the lifting of the stay.  The defendants who have appeared in this case also consent to the lifting of the stay.

  We also wish to advise the Court that on Monday, March 23, 2015, the SEC will be filing an amended complaint in this case.  At a July 9, 2014, conference before Magistrate Judge Levy, the parties agreed to confer as to purported pleading deficiencies claimed by certain defendants so that the Commission could amend its complaint and try to avoid (or limit) motion practice.  Magistrate Judge Levy also authorized the parties to take the deposition of Defendant Zev Saltsman.

Hon. Nicholas G. Garaufis						March 20, 2015
								Page 2

    We thank the Court for its consideration of the SEC's motion to lift the stay.

						Respectfully submitted,


						    /s/ Todd D. Brody
						Todd D. Brody
						Senior Trial Counsel


cc:	All counsel (via email)