

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET
NEW YORK, NY 10281-1022

WRITER'S DIRECT DIAL LINE
TODD D. BRODY
TELEPHONE: (212) 336-0080

May 8, 2020

<u>*Via ECF*</u>

Hon. Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

   Re: <u>SEC v. Saltsman, et al. 07 Civ. 4370 (NGG)(RML)</u>

Dear Judge Levy:

Plaintiff provides the following status report on behalf of it and Defendant Andrew Brown, the remaining parties in this action. As described in the prior joint status report dated September 27, 2019, the parties were unable to agree to a stipulation concerning certain contested facts for the motion the Commission will be filing to set the monetary amount that Mr. Brown should pay. It is Mr. Brown's position that he should not have to pay any financial penalty. Consequently, the parties agreed that a potential solution would be for Mr. Brown to move the Court in the criminal action against him for a limited unsealing of certain sentencing documents, which contained relevant materials for the Commission's motion. That unopposed motion was filed in September, but is still pending. The parties, therefore, continue to request that the Court allow the parties to file a status update, including a briefing schedule, within thirty days after receiving a decision from the court in the criminal action regarding the motion for limited unsealing.

             Respectfully submitted,

              /s/ Todd D. Brody
             Todd D. Brody
             Senior Trial Counsel

cc: Jerry Bernstein, Rither Alabre (via email)